UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR205 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| LIBARDO GONZALEZ-MOLINAR, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 19th day of April, 2005, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture and Memorandum Brief. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On October 29, 2004, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846 and 853, based upon the Defendant's plea of guilty to Counts I and IV of the Superceding Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in $23,221.00 in United States currency and one 1990 Chevrolet pick-up, VIN 1GCDG14N7LZ184809 was subject to forfeiture.

2. On November 22, 29, and December 6, 2004, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged

legal interest(s) in said property. An Affidavit of Publication was filed herein on January 10, 2005 (Filing No. 42).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the subject property, i.e., $23,221.00 in United States currency and one 1990 Chevrolet pick-up, VIN 1GCDG14N7LZ184809, held by any person or entity, is hereby forever barred and foreclosed.

C. The subject property, i.e., $23,221.00 in United States currency and one 1990 Chevrolet pick-up, VIN 1GCDG14N7LZ184809, be, and the same hereby is, forfeited to the United States of America .

D. The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 19th day of April, 2005.

BY THE COURT:

s/ RICHARD G. KOPF, JUDGE
United States District Court